UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No: C 12-2460 SBA<br><br>**ORDER RE STIPULATION FOR REFERRAL FOR SETTLEMENT CONFERENCE, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 17 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The parties' stipulated request for a referral to Magistrate Judge Ryu for a mandatory settlement conference and to continue the Case Management Conference and associated deadlines is GRANTED.

2. The instant matter is REFERRED to Magistrate Judge Donna Ryu for a mandatory settlement conference to take place within 90 days of the date this Order is filed.

3. The deadline to respond to the Complaint is enlarged to November 2, 2012, and the deadline to complete initial disclosures is enlarged to November 16, 2012.

4. The telephonic Case Management Conference currently scheduled for September 5, 2012 is CONTINUED to November 28, 2012 at 2:30 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on

1 | the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT
2 | CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
3 |     5.    This Order terminates Docket 17.
4 |     IT IS SO ORDERED.
5 | Dated:  August 8, 2012

                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge