MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
JAN T. CHILTON (State Bar No. 47582)
jtc@severson.com
CHARLES D. MARSHALL (State Bar No. 236444)
cdm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants, Counterclaimants and
Third Party Plaintiffs Bank of America, N.A. and
Blue Ridge Investments, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINTS | Case No. CV 12-2460-SBA<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF AUTOMATIC DISMISSAL DEADLINE IN COURT'S NOVEMBER 14, 2012 ORDER**<br><br>Crtrm.:　　1 - 4th Floor<br>Trial Date:　None<br><br>The Hon. Saundra Brown Armstrong |

This Stipulation is entered into by and between Plaintiff Hartford Fire Insurance Company, Bank of America, N.A., Blue Ridge Investments, L.L.C., Loancity, and Richard D. Soukoulis, through their counsel of record. This Stipulation is made in consideration of the following facts and circumstances.

1. Plaintiff filed its complaint for declaratory action on May 15, 2012. [Dkt. No. 1].

2. On September 13, 2012, this Court entered an order granting the parties' stipulated request for referral to Magistrate Judge Donna M. Ryu for an early settlement conference. [Dkt No. 19].

3. On November 9, 2012, the parties conducted an early settlement conference in front of Magistrate Judge Ryu. The conference was a success, and the parties agreed to fully settle the matter with settlement documents to be finalized in the weeks after the conference. [Dkt. No. 21].

4. On November 14, 2012, this Court entered an order conditionally dismissing the matter with prejudice, with the order set to become final within 30 days of the entry of the order, or December 14, 2012. [Dkt. No. 22].

5. The parties have made a good faith effort to finalize the settlement documents within the period set forth in the November 14, 2012, order but given the intervening holiday and schedules of counsel and the parties, the parties require an extension of time to finalize the documents.

**AGREEMENT**

IT IS NOW THEREFORE STIPULATED AND AGREED by and between the parties hereto and through their respective counsel that the date on which the November 14, 2012, conditional order of dismissal [Dkt. No. 22] becomes final be extended by 31 days—or until January 14, 2012, to allow for the finalization of the settlement documents.

DATED: December 10, 2012

By: <u>*/s/ Charles D. Marshall*</u>
Charles D. Marshall

Attorneys for Defendants BANK OF AMERICA, N.A. and BLUE RIDGE INVESTMENTS, L.L.C.

DATED: December 10, 2012

By: <u>*/s/ James D. Curran*</u>
James D. Curran

Attorneys for Plaintiff HARTFORD FIRE INSURANCE COMPANY

DATED: December 10, 2012

By: <u>*/s/ David Sturgeon-Garcia*</u>
David Sturgeon Garcia

Attorneys for Defendants LOANCITY and RICHARD D. SOUKOULIS

I, Charles D. Marshall, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that James D. Curran and David Sturgeon-Garcia have concurred in this filing.

By: <u>*/s/ Charles D. Marshall*</u>

**IT IS SO ORDERED.**

This <u>11th</u> day of <u>December</u> 2012.

<u>*Saundra B. Armstrong*</u>
The Honorable Saundra Brown Armstrong
United States District Judge

10597.0268/2493023.1     2     CV 12-2460-SBA
JOINT STIPULATION