UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No: C 12-2460 SBA<br><br>**ORDER ENLARGING DEADLINE TO SUBMIT REQUEST TO REOPEN**<br><br>Dkt. 25, 26 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The parties' stipulated request to extend the deadline to submit a request to reopen the action in the event the settlement is not finalized is GRANTED. Said deadline is extended to February 11, 2013.

2. Defendants' motion to reopen is DENIED as moot.

3. This Order terminates Docket 25 and 26.

IT IS SO ORDERED.

Dated: January 15, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge