UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | Case No:  C 12-2460 SBA |
| Plaintiff, | **ORDER ENLARGING DEADLINE TO SUBMIT REQUEST TO REOPEN** |
| vs. | Dkt. 25, 26 |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     The parties' stipulated request to extend the deadline to submit a request to reopen the action in the event the settlement is not finalized is GRANTED.  Said deadline is extended to <u>February 11, 2013</u>.

2.     Defendants' motion to reopen is DENIED as moot.

3.     This Order terminates Docket 25 and 26.

IT IS SO ORDERED.

Dated:  January 15, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge