UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, et al.,<br><br>Defendants. | Case No:  C 12-2460 SBA<br><br>**ORDER REOPENING ACTION; ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE**<br><br>Dkt. 29, 30 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The parties' joint motion to reopen is GRANTED.  The Clerk shall reopen the file and restore the matter to the Court's active civil docket.

2. This matter is REFERRED to Magistrate Judge Donna Ryu for a mandatory settlement conference to take place within **ninety (90) days** of the date this Order is filed.

3. All proceedings in this action, except any efforts to settle the action, shall be held in ABEYANCE pending the completion of the mandatory settlement conference.

4. In the event the action does not settle, the parties shall appear for a TELEPHONIC CASE MANAGEMENT CONFERENCE on **May 22, 2013 at 2:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the

1  parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT
2  CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
3       5.    This order terminates Docket 29 and 30.
4      IT IS SO ORDERED.
5  Dated: 2/12/13

                                                                  SAUNDRA BROWN ARMSTRONG
                                                                  United States District Judge