# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | No. C-12-02460 SBA (DMR) |
| Plaintiff(s), | **ORDER TO SUBMIT JOINT LETTER RE SETTLEMENT DISPUTE** |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant(s). | |

This matter has been referred to the undersigned to conduct further settlement proceedings. [Docket No. 31]. Apparently, during the process of finalizing the agreement reached during the November 9, 2012 settlement conference, the LoanCity Defendants ultimately refused to sign the agreement due to a "collateral, but related dispute between the LoanCity Defendants and Hartford." [Docket No. 29 (Mot. to Reopen Action) at 2:13-18.] By no later than February 21, 2013, the parties shall lodge, but not file, a single joint letter setting forth the remaining dispute, as well as each parties' position on the dispute. The joint letter shall not exceed three pages. After reviewing the joint letter, the court will issue further instructions.

IT IS SO ORDERED.

Dated: February 15, 2013



_____
DONNA M. RYU
United States Magistrate Judge