UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | No. C-12-02460 SBA (DMR) |
| Plaintiff(s), | **ORDER TO SUBMIT JOINT STATUS LETTER RE SETTLEMENT DISPUTE** |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant(s). | |

The court has reviewed the parties' February 28, 2013 joint letter regarding a settlement dispute. Per the parties' request, they shall continue their direct negotiations, and shall lodge a joint status letter with Judge Ryu by no later than March 14, 2013.

IT IS SO ORDERED.

Dated: March 6, 2013

_____
DONNA M. RYU
United States Magistrate Judge