UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | No. C-12-02460 SBA (DMR) |
| Plaintiff(s), | **ORDER RE JOINT LETTER RE SETTLEMENT DISPUTE** |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant(s). | |

On March 6, 2013, the court issued an order instructing the parties to (1) continue their direct negotiations; and (2) lodge a joint status letter by no later than March 14, 2013. [Docket No. 35.] Today, the court received separate emails from the parties, in direct violation of the court's order. The court will not consider those emails. Any further violations of a court order may result in sanctions.

IT IS SO ORDERED.

Dated: February 15, 2013

DONNA M. RYU
United States Magistrate Judge