United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | No. C-12-02460 SBA (DMR) |
| Plaintiff(s), | **ORDER RE STATUS OF SETTLEMENT** |
| v. | |
| BANK OF AMERICA NA, | |
| Defendant(s). | |

The parties shall lodge a joint letter regarding the status of the settlement by no later than April 15, 2013, unless the parties file a request for dismissal of the action before that date.

IT IS SO ORDERED.

Dated: March 20, 2013

_____
DONNA M. RYU
United States Magistrate Judge